**SUPREME MANUFACTURING INC.**
327 BILLY BOYD ROAD
STONEBORO, PA 16153



AMERISERV
AmeriServ.com
60-106-313

10/15/2015

PAY TO THE ORDER OF   MAXUS CAPITAL GROUP, LLC     $ **20,507.40

Twenty Thousand Five Hundred Seven and 40/100************************************************************   DOLLARS

MAXUS CAPITAL GROUP, LLC
ATTN: MIKE FEDELE
31300 BAINBRIDGE RD
CLEVELAND, OH 44139

MEMO  LEASE # 1425-002


AUTHORIZED SIGNATURE

---

SUPREME MANUFACTURING INC.

22623

MAXUS CAPITAL GROUP, LLC                         10/15/2015
ADMINISTRATIVE FEES                                              2,875.00
INTEREST EXPENSE                                                12,632.40
PROFESSIONAL FEES                                                5,000.00

AMERISERV-OPERA    LEASE # 1425-002                              20,507.40



DEFENDANT'S EXHIBIT 9