IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MAXUS CAPITAL GROUP, LLC, | ) | CASE NO. 1:16 CV 231 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| -vs- | ) | <u>MAXUS CAPITAL GROUP, LLC'S</u> |
| | ) | <u>NOTICE OF SERVICE OF INITIAL</u> |
| SUPREME MANUFACTURING, INC., *et al.* | ) | <u>DISCLOSURES</u> |
| | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff, Maxus Capital Group, LLC ("Maxus"), hereby gives notice that it submitted its Federal Rule 26(a)(1) Initial Disclosures this 10th day of March, 2016. By virtue of such submission, Maxus is not waiving its request for Remand which is currently pending before this Court.

    Respectfully submitted,

    ***/s/ Brian Green***

    _____
    BRIAN GREEN (0063921)
    bgreen@shaperolaw.com
    JAMES A. MARX (0038999)
    jmarx@shaperolaw.com
    SHAPERO & GREEN LLC
    Signature Square II, Suite 220
    25101 Chagrin Blvd.
    Beachwood, Ohio 44122
    P: (216) 831-5100
    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2016, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties as follows:

**James Michael Campbell**
jamescampbell@campbelllawakron.com

**Juliet K. Falcone**
juliefalcone@campbelllawakron.com

**Jeffrey P. Myers**
Jeffrey@jpmyerslaw.com

                                           */s/ Brian Green*
                                           _____
                                           BRIAN GREEN (0063921)
                                           JAMES A. MARX (0038999)
                                           SHAPERO & GREEN LLC

P:\Brian\Maxus\Supreme\Nugent\Notice.Disclosures